STEVEN G. KALAR
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12ᵗʰ Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant HUMBERTO VARELA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-00751 SBA (KW) |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] |
| v. | ) ) ) | ORDER CONTINUING STATUS DATE; EXCLUSION OF TIME |
| HUMBERTO VARELA, | ) ) | |
| Defendant. | ) ) | |

**STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in the above-referenced case, currently set for March 7, 2013, at 9:30 a.m. before Magistrate Judge Kandis Westmore for status, may be continued to March 14, 2013, at 9:30 a.m. for status. The reason for the request is that defense counsel needs additional time to review discovery with Mr. Varela and continue with the investigation. Counsel is also discussing a proposed disposition with the government. It is further stipulated that time should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) between March 7, 2013, and March 14, 2013, for effective preparation taking into account due diligence so defense counsel

1   can meet with Mr. Varela and also continue with the investigation in this case.

2   DATED: 2/28/13                          _____/s/_____
                                            JOYCE LEAVITT
3                                           Attorney for Humberto Varela

4   DATED: 2/28/13                          _____/s/_____
5                                           ANDREW HUANG
                                            Assistant United States Attorney
6

7       I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all
    signatures within this e-filed document.

8

9                                    **ORDER**

10      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in the above-

11  referenced case, currently set for March 7, 2013, at 9:30 a.m. before Magistrate Judge Kandis

12  Westmore for status, is hereby continued to March 14, 2013, at 9:30 a.m. for status.

13      IT IS FURTHER ORDERED that time be excluded in accordance with the provisions of the

14
    Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) between March 7, 2013, and March 14,
15
16  2013, for effective preparation taking into account due diligence so defense counsel can meet with

17  Mr. Varela with the assistance of an interpreter and also continue with the investigation in this case

18  The Court finds that there is good cause and that the ends of justice served by the granting of the

19  continuance outweigh the best interests of the public and the defendant in a speedy and public trial

20  and the failure to grant the requested continuance would unreasonably deny counsel the reasonable

21
22  time necessary for effective preparation, taking into account due diligence.

23      SO ORDERED.

24  DATED: 2/28/13                          _____
                                            MAGISTRATE KANDIS WESTMORE
25                                          United States Magistrate Judge

26

*U. S. v. Humberto Varela*; CR12-0751 SBA;
stip. to continue status date                     - 2 -