1  STEVEN G. KALAR
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Telephone: (510) 637-3500

5  Counsel for Defendant HUMBERTO VARELA

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 12-751 SBA (KAW) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER MODIFYING CONDITIONS |
| | ) | OF RELEASE |
| HUMBERTO VARELA, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

The parties hereby stipulate that the conditions of release for defendant, Humberto Varela, may be modified to allow Mr. Varela to leave the district and travel to the Eastern District of California for work so long as he has the prior approval of his pretrial services officer. Mr. Varela's Pretrial Services Officer does not oppose the proposed modification of Mr. Varela's supervision. All other conditions of release shall remain the same.

Date: 3/21/13             _____/s/_____
                          JOYCE LEAVITT
                          Assistant Federal Public Defender

Date: 3/22/13             _____/s/_____
                          ANDREW HUANG
                          Assistant United States Attorney

*U.S. v. Varela*, CR 12-751 SBA (KAW)
Order RE: Modify Terms of Release

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of release for defendant,, Humberto Varela, may be modified to allow Mr. Varela to leave the district and travel to the Eastern District of California for work so long as he has the prior approval of his pretrial services officer. All other conditions of release shall remain the same.

IT IS SO ORDERED.

Date: March 22, 2013

*Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge

*U.S. v. Varela*, CR 12-751 SBA (KAW)
Order RE: Modify Terms of Release